UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                   Case No. 06-CV-11585
                                     HON. GEORGE CARAM STEEH

ROBBYN HARRIS,

        Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE
## PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE (#2)

Plaintiff moves for substituted service to be made upon defendant Robbyn Harris, proffering a process server's verified statements that personal service was attempted three times, without success, upon defendant Harris, at her home address of 14206 Bentler St., Detroit, Michigan, 48223. Service upon an individual situated within this federal judicial district may be effected pursuant to the law of Michigan. Fed. R. Civ. P. 4(e)(1). Michigan law provides that "[o]n a showing that service of process cannot reasonably be made as provided by this rule, the court may by order permit service of process to be made in any other manner reasonably calculated to give the defendant actual notice of the proceedings and an opportunity to be heard." M.C.R. 2.105(I)(1). Plaintiff seeks alternative service by means of mailing by first class mail and certified mail (return receipt requested), and also posting a copy of the summons and complaint to Harris's residential door.

Plaintiff has not shown that service of process cannot be accomplished upon Harris

under M.C.R. 2.105(A)(2) by sending a summons and a copy of the complaint by registered or certified mail, return receipt requested, to the Detroit address, with delivery restricted to Harris.[1]  Indeed, plaintiff requests such relief, with the additional condition of posting on Harris's door.  Plaintiff does not need a court order of alternative service to serve defendant Harris under M.C.R. 2.105(A)(2).  Fed. R. Civ. P. 4(e)(1).  Accordingly,     Plaintiff's motion for substituted service is hereby DENIED without prejudice.  Plaintiff may again move for alternate service on a showing that process cannot be accomplished under M.C.R. 2.105(A)(2).

      SO ORDERED.

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

Dated:  June 13, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 13, 2006, by electronic and/or ordinary mail.

                                      s/Marcia Beauchemin
                                      Deputy Clerk

---

[1] The court notes plaintiff's proffer of a certified written statement of a Postal Representative that the mail of "Robbyn Harris" is delivered to 14206 Bentler, Detroit, Michigan, 48223.